## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KATHRYN LYNN CAMPBELL,**<br><br>Plaintiff,<br><br>v.<br><br>**AMERICAN INTERNATIONAL GROUP, INC, et al.,**<br><br>Defendants. | Civil Action 12-115  (RC) |

### ORDER

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons set forth in the accompanying memorandum opinion docketed this same day, it is this 1st day of March, 2013 hereby

**ORDERED** and **ADJUDGED** that this case is **DISMISSED** without prejudice.  The defendants' motion to dismiss [Dkt. # 12] is **GRANTED** and the plaintiff's motion for summary judgment [Dkt. #10] is **DENIED**.

Rudolph Contreras
United States District Judge